# Order

Michigan Supreme Court
Lansing, Michigan

May 10, 2017

153128

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

VICKIE ROSE HAMLIN,
        Defendant-Appellant.

SC: 153128
COA: 321352
Ingham CC: 13-000924-FH

_____/

      By order of September 6, 2016, the prosecuting attorney was directed to answer the application for leave to appeal the December 10, 2015 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE in part the Court of Appeals judgment and we REMAND this case to that court for reconsideration in light of *People v Stevens*, 498 Mich 162 (2015). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2017



a0503

Clerk